UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. 3-10-70262 BZ |
| v. | ) | **ORDER APPOINTING COUNSEL** |
| THOMAS FAIRLEY, | ) | |
| Defendant(s). | ) | |

Thomas Fairley is a defendant in a criminal matter pending in the southern district of New York. In this district, the issues are his identity and his pretrial release. For the reasons stated on the record, Mr. Fairley may not qualify for appointment of counsel under the Criminal Justice Act. In the interest of justice, and to expedite the processing of this matter given the government's willingness to release him on an appropriate bond, **IT IS HEREBY ORDERED** that the Federal Public Defender shall represent Mr. Fairley, and that the attorney assigned to represent Mr. Fairley shall keep track of the time spent in this representation and at the conclusion of the representation submit a declaration

1

1  documenting that time.  **IT IS FURTHER ORDERED** that Mr. Fairley
2  shall fully reimburse this Court for the cost of court
3  appointed counsel.
4  Dated: April 9, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.2010\FAIRLEY ORDER APPTG COUNSEL.wpd

2